IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-192-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BARRY ROBERT SMITH | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 18, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to 18 U.S.C. § 922(g) and (j), and agreeing to the forfeiture of the property listed in the April 8, 2014 Preliminary Order of Forfeiture, to wit: a .40 caliber Glock model 27, semi-automatic handgun, serial number MTC757, and any and all accompanying ammunition;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's April 8, 2014 Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the April 8, 2014 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice or the United

States Department of the Treasury is directed to dispose of the property according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this  28th  day of May, 2014.

*[signature: Louise W. Flanagan]*
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

2